UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-160-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO DESTROY FIREARM |
| | ) | |
| LESLIE R. KORNEGAY | ) | |

For good cause shown, the United States' motion for leave to destroy a firearm is hereby GRANTED. The Federal Bureau of Investigation is authorized to destroy the following firearm seized from the defendant's residence: Single-shot, sawed-off shotgun, .410, serial number unknown.

SO ORDERED, this ___ day of January, 2012.

TERRENCE W. BOYLE
United States District Judge